IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN MICHAEL PIERCE, | : | Civil No. 3:25-cv-1817 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| GOVERNMENT OFFICIALS, *et al.*, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 2nd day of October, 2025, upon preliminary consideration of Plaintiff's complaint (Doc. 2), and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The complaint (Doc. 2) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

2. Any claims brought by Plaintiff on behalf of other inmates are **DISMISSED**.

3. The remaining pending motions (Docs. 12, 13, 14) are **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge